UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Vaillancourt
also known as
Bryan Bernard</u>

      v.                  Civil No. 06-cv-438-JD

<u>NH Department of Corrections, et al</u>

### O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 29, 2007, for the reasons stated therein.

SO ORDERED.

April 23, 2007                         /s/Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

cc:    Joseph Vaillancourt, pro se
       Nancy J. Smith, Esq.
       Nancy Sue Tierney, Esq.