UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Vaillancourt</u>
<u>a/k/a Bryan Bernard</u>

     v.         Civil No. 06-cv-438-JD

<u>Bernie Campbell, et al</u>

<u>O R D E R</u>

The Court hereby vacates the endorsed order of May 3, 2007, denying document no. 98, Motion for Default.

SO ORDERED.

May 4, 2007           /s/James R. Muirhead
                James R. Muirhead
                United States Magistrate Judge

cc: Joseph Vaillancourt, pro se
   Nancy J. Smith, Esq.