UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Vaillancourt</u>
<u>a/k/a Bryan Bernard</u>

       v.               Civil No. 06-cv-438-JD

<u>Bernie Campbell, et al</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 3, 2007, no objection having been filed for the reasons stated therein. The motion for preliminary injunction (Doc. # 38) is denied.

    SO ORDERED.


June 11, 2007                               /s/Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                     United States District Judge


cc:    Joseph Vaillancourt, pro se
        Nancy Smith, Esq.