**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Joseph Vaillancourt a/k/a
Bryan Bernard

    v.                              Civil No. 06-cv-438-JD

N.H. Department of Corrections, et al.

**O R D E R**

Plaintiff has filed a thinly disguised "motion for transport" which he has termed an "Objection in Part to Notice of Pretrial Conference." This attempt to get around the protective order will not work. The filing is struck.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: June 26, 2007

cc:    Joseph Vaillancourt a/k/a Bryan Bernard, pro se
       Nancy J. Smith, Esq.
       Nancy Sue Tierney, Esq.