UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph Vaillancourt
a/k/a Bryan Bernard

        v.                        Civil No. 06-cv-438-JD

Bernie Campbel, et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 30, 2007 for the reasons stated therein.  The motion for temporary restraining order is denied.

SO ORDERED.

June 29, 2007                       /s/Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:    Joseph Vaillancourt, pro se
        Nancy Smith, Esq.